IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERNEST WASHINGTON )
)
   v. ) NO. 3:14-1336
)
LT. CHARLON ABERNATHY, et al. )

**O R D E R**

Presently pending before the Court is the Defendants' motion to dismiss (Docket Entry No. 13). The Plaintiff shall have until September 29, 2014, to respond to the motion to dismiss. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that the claims against these Defendant be dismissed.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge